■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARL TERRY, Appellant. — Judgment of the Supreme Court, Queens County (Tsoucalas, J.), rendered January 6, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). — Mollen, P. J., Mangano, Brown and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR TORRES, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Browne, J.), rendered March 30, 1979, convicting him of manslaughter in the first degree, after a nonjury trial, and imposing sentence. Judgment affirmed. There is nothing inherently inconsistent in the defendant's acquittal on the charge of criminal possession of a weapon in the fourth degree and his conviction of manslaughter in the first degree. An examination of the elements of the offenses in question, leads us to the conclusion that acquittal on the weapons charge does not necessarily mean that an element of the crime of manslaughter in the first degree has been negated. Therefore, the verdict is not repugnant. (See *People v Tucker,* 55 NY2d 1.) Gibbons, J. P., Weinstein, Thompson and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO VALERIO, Appellant. —. Appeal by defendant from a judgment of the County Court, Nassau County (Baker, J.), rendered April 1, 1981, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Pearson,* 62 AD2d 1043; *People v Foster,* 58 AD2d 814; cf. *People v Gonzalez,* 47 NY2d 606). Damiani, J. P., O'Connor, Thompson and Niehoff, JJ., concur.

## (May 13, 1982)

■ In the Matter of LESTER FENICHEL, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner. — In a proceeding to discipline respondent, an attorney and counselor at law, for professional misconduct, the issues raised by the petition and the answer are referred to Honorable Daniel G. Albert, a retired Justice of the Supreme Court, 85 Stratford Road, Rockville Centre, N. Y. 11570, as special referee, to hear and to report, with his findings upon each of the issues. On the court's own motion, the respondent is suspended forthwith pending the outcome of the hearing and until the further order of this court. Mollen, P. J., Damiani, Lazer, Mangano and Thompson, JJ., concur.